UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE COLEMAN, | No.  2:23-cv-03012-TLN-EFB |
| Petitioner, | |
| v. | **ORDER** |
| UNKNOWN, | |
| Respondent. | |

Petitioner proceeds without counsel in this petition for writ of habeas corpus.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On August 26, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 6.)  Petitioner has filed objections.  (ECF No. 11.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed August 26, 2024 (ECF No. 10), are ADOPTED IN FULL;

2.  The petition is dismissed without leave to amend for failure to state a claim, but

1  without prejudice to any civil rights action petitioner may file in the future;

2         3.  The Clerk of Court is directed to terminate all pending motions and close the case; and

3         4.  The Court declines to issue a certificate of appealability.

4         IT IS SO ORDERED.

5  Date: September 16, 2024

6

7

8                            Troy L. Nunley
                             United States District Judge

2